Jerry N. Budin  **JS-6**
State Bar #88539
Law Office of Jerry Budin
2401 E. Orangeburg Ave., Ste. 675-309
Modesto, California 95355
Telephone: (209) 544-3030
Facsimile: (209) 544-3144

NOTE: CHANGES MADE BY THE COURT

Attorney and Class Counsel for
Plaintiff and Class Representative,
ENRIQUE ENCISO, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division)

| | |
|---|---|
| ENRIQUE ENCISO, et al., | CASE NO. CV-07-2274 VBF (JTLx) |
| Plaintiffs, | ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT |
| vs. | |
| EVANS DEDICATED SYSTEMS INC., et al., | |
| Defendants. | |

    Pursuant to the Order On Preliminary Approval Of Class Action Settlement filed herein August 8, 2008 (Doc. 58), a Final Approval Hearing was held at 1:30 p.m. on December 15, 2008 in Courtroom 9 of this Court. Plaintiff and Class Representative, Enrique Enciso, individually and on behalf of all others similarly-situated, appeared at the hearing through Class Counsel, Jerry Budin. Defendant Evans Dedicated Systems, Inc. appeared at the hearing through counsel Jennifer B. Zargarof of Sheppard, Mullin, Richter & Hampton. Objectors Denise Holley and Lawrence Lacour appeared at the hearing through counsel Antonio M. Lawson. The case was

called at the hearing and the Court heard oral argument from counsel for the parties and the objectors.

Having considered all of the filings pertaining to final approval of the class action settlement submitted by the parties and the objectors and oral argument of all counsel, the Court issues the following orders:

    1. The Court has adopted and herein incorporates herein its Tentative Ruling of December 15, 2008 as the order of the Court (Docs. 91 & 97).

    2. The objectors' Request For Curative Action (Doc. 74) is denied.

    3. The Objections To Final Approval Of Settlement (Doc. 61) are denied.

    4. The Court finds the attorney's fees in the amount of $71,600.00 and costs requested by Class Counsel, Jerry Budin, in the sum of $4,819.50 are fair and reasonable.

IT IS HEREBY ADJUDGED AND ORDERED that:

1. The Stipulation And Settlement Agreement Of Class Action Claims filed herein on June 9, 2008 (Ex. 4 to Doc. 25)("Stipulation") is approved in full;

2. Defendant Evans Dedicated Systems, Inc. shall pay attorneys fees in the sum of $71,600.00 and costs in the sum of $4,819.50 to class counsel, Jerry Budin, pursuant to the procedures set forth in the Stipulation;

3. Defendant Evans Dedicated Systems, Inc. shall make payments to the Settlement Class 1 and 2 members pursuant to the procedures and formulas set forth in the Stipulation;

4. This Court shall retain jurisdiction over this matter and the parties for the purpose of enforcing compliance with said Stipulation.

DATED: January 12, 2009

*/s/ Valerie Baker Fairbank*
_____
VALERIE BAKER FAIRBANK